IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**YILDIRIM EROL ALI**                                                          **PETITIONER**

**VERSUS**                             **CIVIL ACTION NO. 1:09cv693HSO-JMR**

**CHRISTOPHER EPPS**                                                       **RESPONDENT**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on October 4, 2011 [9-1], together with Ali's Objection filed thereto [11-1]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Respondent's Motion to Dismiss filed August 26, 2011, [6-1] should be and hereby is **GRANTED,** and Ali's §2254 Petition is hereby dismissed as time-barred under 28 U.S.C. § 2244(d).

**SO ORDERED AND ADJUDGED,** this the 15th day of November, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE